```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED:  10/30/2023          │
└─────────────────────────────────┘
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*
*Civil Division*

*c/o Social Security Administration*  tel: *(212) 264-2217*
*Office of the General Counsel*    fax: *(212) 264-6372*
*6401 Security Boulevard,*
*Baltimore, MD 21235*

October 30, 2023

Granted.

SO ORDERED:

10/30/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Via CM/ECF**

Hon. Robert W. Lehrburger
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Nelms v. Commissioner of Social Security*
Civil Action No. 1:23-cv-07648-JGLC-RWL
Joint Letter Request for Extension of Deadlines

Dear Judge Lehrburger:

This Office represents the Acting Commissioner of Social Security (Commissioner), the Defendant in this matter. We write respectfully with Plaintiff to request an extension of the deadlines for filing the certified administrative record (CAR) and subsequent briefing in the above-referenced Social Security case, pursuant to the Standing Order, *In re Briefing of Social Security Cases*, M 10-46, issued on November 18, 2022 (the Standing Order). *See* ECF no. 4.

Pursuant to the Supplemental Rules for Social Security Actions effective December 1, 2022, the Certified Administrative Record is due on October 30, 2023, Plaintiff's brief is due on November 29, 2023 and Defendant's brief is due on December 29, 2023. *See* Supp. R. 6-8. Due to large caseloads, and in accordance with the Standing Order, the parties have conferred about a proposed modified and comprehensive schedule for future filings in this case. The parties respectfully request that the Court approve the following proposed schedule:

- The Certified Administrative Record shall be filed on November 29, 2023
- Plaintiff's brief shall be filed by January 29, 2024;
- Defendant's brief shall be filed by March 28, 2024; and
- Plaintiff reply shall be filed by April 10, 2024.

This is the first and only request for an extension of the filing deadlines in this case.

We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

BY:     _s/ Ariella Zoltan_____
Ariella Zoltan
Special Assistant U.S. Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2217
ariella.zoltan@ssa.gov


_/s/ John Hewson_
John Hewson, Esq.
Fusco, Brandenstein, & Rada, PC
180 Froehlich Farm Blvd
Woodbury, NY 11797
516-921-3078
Jhewson113@gmail.com